U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number: 08 C 4166

W&G, LLC and GEORGE STRIPP v.
PAINTERS DISTRICT COUNCIL NO. 14 AND
ITS AFFILIATE, GLAZIERS ARCHITECTURAL
METAL AND GLASSWORKERS LOCAL 27

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAINTERS DISTRICT COUNCIL NO. 14 and ITS AFFILIATE, GLAZIERS ARCHITECTURAL METAL AND GLASSWORKERS LOCAL 27

| | |
|---|---|
| NAME (Type or print) <br> JOHN J. TOOMEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John J. Toomey | |
| FIRM <br> Arnold and Kadjan | |
| STREET ADDRESS <br> 19 W. Jackson Boulevard, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122527 | TELEPHONE NUMBER <br> (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |